IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| NANCY HAYS | : | Civil Action No. _____ |
| Plaintiff, | : | |
| vs. | : | |
| PORTFOLIO RECOVERY SERVICES, | : | |
| Defendant. | : | |

## COMPLAINT

Nancy Hays, by her attorney Ray Johnson, for her claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Nancy Hays, is a natural person residing in Des Moines, Iowa.

4. Defendant, Portfolio Recovery Services (hereinafter, "Portfolio") is a debt buyer that does business in Iowa with offices across the nation.

## IV. FACTUAL ALLEGATIONS

5.  Portfolio is attempting to collect an alleged debt from Ms. Hays.

6.  On January 3, 2008, Hays sent a letter to Portfolio disputing the debt and informing it that all further communication should cease immediately.

7.  Despite Hays' request, Portfolio continued its collection efforts including but not limited to, telephone calls on September 14, 2008, September 16, 2008, October 7, 2008 and October 13, 2008.

## V. FIRST CLAIM FOR RELIEF

8.  Defendant violated the FDCPA.  Defendant's violations include, but are not Limited to, the following:

    a.  Defendant violated 15 U.S.C. § 1692c(c) by contacting Hays after she notified Portfolio in writing that she refused to pay the alleged debt and that she wishes the debt collector to cease further communication.

9.  As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, costs, and attorney's fees.

## VI. SECOND CLAIM FOR RELIEF

10. All facts and allegations of this Complaint are incorporated herein by reference.

11. Defendant violated Iowa's Debt Collection Practices Act.  Defendant's violations include but are not limited to:

    a.  Defendant violated Iowa Code § 537.7103(1) (f) by threatening to take an action prohibited by this chapter or any other law, including violations of Iowa Code § 714.16(2)(a);

2

b.  Defendant violated Iowa Code § 537.7103(2)(d) by contacting Hays at times known to be inconvenient.

12. As a result of the above violations of the Iowa Code, the Defendant is liable to the Plaintiff for statutory damages, actual damages, costs and attorney's fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

A.  Actual damages.

B.  Statutory damages.

C.  Costs and reasonable attorney's fees.

D.  For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com