## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| NANCY HAYS, | Civil Action No. 4: 10-cv-00073 |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSCOCAITES, LLC | DIMISSAL WITH PREJUDICE |
| Defendant. | |

Plaintiff Nancy Hays, by her attorney Ray Johnson, hereby dismisses the above captioned matter without prejudice pursuant to a settlement agreement reached between the parties. Plaintiff signs out for costs.

Respectfully submitted this 24th day of _____ 2010.

_____
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
johnsonlaw29@aol.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served upon the Plaintiff by mailing the same in an envelope addressed to Plaintiff's attorney at the address shown in the pleading on the 24th day of _____, 2010.